# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

May 24, 2022

**By ECF**

Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application granted. The sentence is adjourned to July 18, 2022 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
May 25, 2022

Re: *United States v. Gulnoza Rakhmanoa*, **22 Cr. 114 (RA)**

Dear Judge Abrams:

I am counsel of record for Gulnoza Rakhmanova in the above-captioned case. I write to respectfully request an adjournment of Ms. Rakhmanova's sentence, now scheduled for June 9, 2022, until July 18, 2022 at either 12:00 PM or 1:00 PM.

This request is made so counsel can finalize sentence documents. I have spoken with AUSA Cecilia Vogel and she has no objection to this request.

Thank you for your attention to this matter.

Very truly yours,

William J. Stampur

cc: AUSA Cecilia Vogel (By ECF)

WS/Rakhmanova/Rqst to Ct/Adj Sent