# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

July 19, 2022

**By ECF & Email**

Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.  
July 20, 2022

**Re:** *United States v. Gulnoza Rakhmanova*, 22 Cr. 114 (RA)

Dear Judge Abrams:

I am counsel of record for Gulnoza Rakhmanova, who was sentenced by Your Honor yesterday, July 18, 2022, to Time Served and a two-year term of Supervised Release. I write on behalf of Ms. Rakhmanova to respectfully request her passport be returned to her, currently held by Pretrial Services.

Ms. Rakhmanova's criminal matter has been resolved and she is now serving her two-year term of Supervised Release. The government has no objection to this request. Ms. Rakhmanova's home address is: 3093 Brighton 4th Street, Apt. 1A, Brooklyn, NY 11235.

Accordingly, counsel respectfully requests Your Honor endorse this letter and order Ms. Rakhmanova's passport to be returned to her.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

William J. Stampur

cc:   AUSA Cecilia Vogel (By ECF)  
      USPTO Jaleesa Harris (By Email)

WS/Rakhmanova/Ltr Rqst to Ct/Passport Return